JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AUBREY CARRILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VGW HOLDINGS U.S., INC. and VGW U.S., INC.,<br><br>　　　　Defendants. | Case No. 5:25-cv-00349-JGB-SHK<br><br>**ORDER REMANDING THIS ACTION TO THE SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY** |

　　Pursuant to the parties' stipulation, and for good cause shown, the Court hereby REMANDS this action to the Superior Court of California, Riverside County. The Clerk of Court is DIRECTED to TERMINATE all pending motions.

　　SO ORDERED.

Dated: March 21, 2025

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE